AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hood, Denise Page | U.S. Dist. Court, Eastern MI | 07/25/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Theodore Levin U.S. Courthouse <br> 231 W. Lafayette Blvd, Rm. 251 <br> Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Cyprian Center |
| 2. Trustee | Olivet College |
| 3. Board Member | State Planning Board (Legal Services) |
| 4. Council Member | Columbus School for Girls (Alumnae Council) |
| 5. Director | Detroit Metropolitan Bar Association Foundation |
| 6. Director | Inside/Out Literary Arts Progject |
| 7. Director | Harper/Hutzel Hospital |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE  2006 JUL 26 A 11: 56  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 07/25/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/05 | Young Family - Memorial Service |
| 2. 2005 | Fellowship Chapel ($300.00) Honoraria |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Rendigs Moot Court Competition (Univ. of Cincinnati College of Law) | Transportation Reimbursement, $213.11 (April 8, 2005) |
| 2. ABA Employment Rights and Responsibilities Committee's Winter Meeting | Hotel (direct bill) and Airfare Reimbursement, $463.41 (March 10-11, 2005) |
| 3. ENAHPA Med. Mission (Ethiopian N American Profess. Assoc. by Sheikh Mohamed Alamudi) | Hotel Expenses (directly paid) in Addis Abbaba, Ethiopia (October, 2005) |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MI Judges Retirement | D | Interest | M | T | | | | | |
| 2. Met Life | A | Dividend/ *Interest* | J | W | | | | | |
| 3. Provident Nat'l Annuity | A | Dividend/ *Interest* | M | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 | A | Dividend/ *Interest* | | | | | | | |
| 5. - EMC Corp. Mass. | A | Dividend | J | T | | | | | |
| 6. - Nortel Networks | A | Dividend | J | T | | | | | |
| 7. - Citibank, NA Bank Dep. Prog. | A | Interest | J | T | | | | | |
| 8. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 9. - SB Money Fd Cash CLA Port | A | Dividend | J | T | | | | | |
| 10. - Daimler Chrysler | A | Dividend | J | T | | | | | |
| 11. - AOL Time/Warner | A | Dividend | J | T | | | | | |
| 12. - Walt Disney | A | Dividend | J | T | | | | | |
| 13. - GAP, Inc., Del. | A | Dividend | J | T | | | | | |
| 14. - United American Healthcare | A | Dividend | J | T | | | | | |
| 15. - VanKmp Emer Frwth Fd CLC | A | Interest/ *Dividend* | J | T | | | | | |
| 16. - SmithBarney Man Muni Fd CLL | A | Interest/ *Dividend* | J | T | | | | | |
| 17. Detroit Mun. Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1st Independence Bank | A | Interest | J | T | | | | | |
| 19. EVLICO (AXA Financil/Equitable) | A | Interest | J | T | | | | | |
| 20. AXA ADS (Common Stock) | B | Dividend | J | T | | | | | |
| 21. Cols Metro Credit Union | A | Interest | J | T | | | | | |
| 22. Prudential (DPH) | A | Interest | J | T | | | | | |
| 23. SB/SEPP (X) | | | | | | | | | |
| 24. - SB Cap Pres. Fd CLB (X) | A | Interest/ *Dividend* | J | T | | | | | |
| 25. - Citibank NA Bank Dep Prog (X) | A | Interest | K | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes         P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)            Q =Appraisal             V =Other                   S =Assessment
                              U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 07/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  7/25/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544